FILED
CLERK, U.S. DISTRICT COURT

OCT 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY mk            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 03-1157 R |
| Plaintiff, | ) | |
| | ) | **ORDER OF DETENTION** |
| v. | ) | |
| | ) | **[Fed. R. Crim. P. 32.1(a)(6);** |
| REGINALD YOUNG, | ) | **18 U.S.C. § 3143(a)]** |
| Defendant. | ) | |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) his background information is unverified; and (3) defendant submitted to detention request.

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

community if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____Oct. 24_____, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge

2